IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00553-MSK-MJW

JAMES VANCE NICHOLSON,

Plaintiff,

v.

GLIVA, Greeley Police Officer,
JOHN DOE, Evans Police Officer, and
JANE DOE, Evans Police Officer,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2009

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

DATED this 27th day of April, 2009.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00553-MSK-MJW

James Vance Nicholson
Prisoner No. 60697
13757 E. Marina Drive, Unit A
Aurora, CO 80014

US Marshal Service
Service Clerk
Service forms for: Gliva

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Gliva: AMENDED COMPLAINT FILED 4/09/09, ORDER FILED 4/22/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/27/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk